**[BACKGROUND: BEEPING SOUNDS AND U/I CONVERSATION]**

**CI 2:**          Have a seat.

**CI 2:**          [U/I]... Have a seat here.

**ALFREDO:**       [U/I]... So he wants it the same as his. Then, it would be the same. It would be the same. Because [U/I] the difference.

**CI:**            But, you know what? That I still don't see the difference with mine.

**ALFREDO:**       There was more left, a little bit more for you [U/I] that, that's all.

**CI:**            Yeah, it will be better, that way it won't come here. That's the best thing he could do.

**ALFREDO:**       Because, if not [U/I].

**CI:**            It's the same.

**ALFREDO:**       It stayed the same.

**[BACKGROUND: U/I CONVERSATION]**

**CI:**            He probably has about ten [10] people who receive [U/I], right?

**CI 2:**          [U/I]... You know what? Fuck. ..

**CI:**            You know I can't send it. If you want to ask him, and see if he can send it [U/I]?

**ALFREDO:**       Yeah, he called me. [U/I] was arriving from the airport, I told him [U/I], call them and tell them [U/I] with them. I was getting off the plane.

**CI:**            I remember sometimes he calls when we're busy and he says, "quick!"

**ALFREDO:**       Yeah, that's how he is.

**CI:**            Listen, and, where should we pick them up?

**ALFREDO:**       Huh?

| | |
|---|---|
| **CI:** | Where should we pick them up? |
| **ALFREDO:** | The stuff? |
| **CI:** | Yeah. |
| **ALFREDO:** | Not this week but the next. |
| **CI:** | I thought you had already told me [U/I]. |
| **ALFREDO:** | They just left yesterday. |
| **CI:** | No, the man's. I thought when you said that you had some news, I thought they were ready. |
| **ALFREDO:** | [U/I]... most likely only [U/I] first. |
| **CI:** | Honestly, and they keep coming. They have work. |
| **ALFREDO:** | Huh? |
| **CI 2:** | I'm telling you, they had been calling me. |
| **CI:** | [U/I] work. |
| **CI 2:** | They gave me… they gave me five…five hundred [500] the other day…how long ago was it...?. what day…? |
| **ALFREDO:** | [U/I]... When it's going to arrive ... |
| **CI 2:** | Yeah, but I'm missing a number. *See if I can remember*. [ASIDE: Pete, you don't remember?] |
| **CI:** | Huh? |
| **ALFREDO:** | All I heard was he was going to give us a surprise. That's all I heard over a week ago. |
| **CI:** | He called… |
| **CI 2:** | [U/I], right, man? |
| **ALFREDO:** | [U/I] |
| **CI 2:** | [Laughs] |
| **ALFREDO:** | [U/I] |
| **CI:** | He called [U/I], he said… |

2

**CI 2:**    "The surprise. Come over here. All of you. Come over here, all of you."

**ALFREDO:**    [I/I].

**CI:**    He said, like I told you… that he… right?, that he needed the number. We gave it to him and he hasn't, he hasn't called.

**ALFREDO:**    [U/I]…you guys?

**CI:**    No, no, no. I don't know what he wanted. He said that, that Alfredillo has a, a Murcielago [Bat], right? A Lamborghini. What color?

**ALFREDO:**    Oh, yeah, I saw it. Remember I told you I'd seen a fucking car outside. [U/I]. Black…it looked black to me. It has to be either black or yellow, there aren't any other colors.

**CI:**    No, yeah, there's a shitload of colors.

**ALFREDO:**    And white, white.

**CI:**    White, blue... But I.., he was asking me for a white one.

**ALFREDO:**    We'll leave at around eleven thirty [11:30]?

**CI:**    He was asking me for a white one.

**CI 2**    But that's kind of fucked up...

**ALFREDO:**    The one that El Caminante had was yellow.

**CI:**    Yeah, he told me that El Caminante's was a Porsche GT that he also had there. The one they have at Porsche. The G.T., that one, the one that's five hundred [500] bucks.

**CI 2**    It's fucking cool. Yeah, yeah.

**ALFREDO:**    Well, I think Alex also had, from, from *Mana*, when they opened the De Santos, it was a fucking Porsche like that one. Alex, the, the drummer from *Mana*, when he opened his restaurant here, the De Santos, he also had a fucking Porsche like that one. Fucking better than [U/I] had [U/I].

**CI 2:**    *He ain't driving that car right now!*

**CI:**    *Yeah, man, ask him.*

**ALFREDO:**    I saw it.

**CI:**    He says that he isn't driving it right now. But I go, "Yes!" I mean, he just bought it. He didn't buy it just to put it away, did he?

**ALFREDO:**    Dark color, black or blue, I don't know what color it was, but he was driving around the circle and I was going home and he was turning like this way [U/I] this way, going down.

| | |
|---|---|
| **CI 2** | But there are a few of them, there are about... |
| **ALFREDO:** | At night... |
| **CI:** | No, but I know he has one... He just bought one. |
| **ALFREDO:** | …at night... |
| **CI:** | Hmm. |
| **ALFREDO:** | …is when the motherfucker takes it out only. Who's going to drive around in a Lamborghini at night, at eleven [11;00] or twelve [12:00] o'clock at night? |
| **CI:** | Hmm-huh. |
| **ALFREDO:** | I drive it during the day, so it can be seen. Otherwise, what the fuck is it for then? Am I right or not? |

**[BACKGROUND: RING TONE]**

| | |
|---|---|
| **CI 2:** | Also… |
| **CI :** | This one only [U/I]. |
| **ALFREDO:** | [U/I]. |
| **CI:** | I don't know, but it's still dangerous. Don't you think? |
| **ALFREDO:** | Yes, with a good car, yes. With that kind of car. |
| **CI:** | I mean, not just for…I mean…for any person. |
| **ALFREDO:** | Yeah, fucking roads [U/I]. |
| **CI:** | No, but I'm saying for any person right now it's [U/I]. |
| **CI 2:** | I would not get on one of those right now. I would not get on, or before either [U/I]. |
| **CI:** | That's what I'm saying, dangerous for any person who has cars like those right now, especially the way things are. |
| **ALFREDO:** | [U/I] I took the Audi [U/I] take [U/I] the Maserati. |
| **UM 2** | A Maserati? |
| **ALFREDO:** | Fucking awesome. Two-door. Really fucking awesome. Brand new. |
| **CI:** | What color? White? |
| **ALFREDO:** | No, black. |
| **UM 2** | Black. |

**ALFREDO:** No, black. [U/I]. Beautiful. When [U/I] one hundred and thirty thousand [130,000] dollars, "No. Take one car." So I took the Audi from him. But the one I liked for myself… I wanted to get the other one. "No, motherfucker! They'll take it away from you, they'll get you out, they'll kill you right there! You're better off taking the…the Audi."

**CI:** No, I mean, you know how even the cops will go and investigate you right away.

**ALFREDO:** [U/I]

**CI 2:** Which one? [U/I] and then they take you? [Laughs].

**ALFREDO:** [U/I]

**CI 1:** Nah! The thing is that right now the way they are like with [U/I].

**CI 2:** [U/I]... brother.

**ALFREDO:** What?

**CI 2:** [U/I] like what I told you that [U/I] his brother [U/I].

**CI 1:** [ASIDE: *Say hi, man*.] You do know my nephew, right?

**ALFREDO:** No, I mean, yeah [U/I]. What's up? [ASIDE: He's their other brother's son.]

**UM 2:** How are you?

**UM 3:** Fine.

**ALFREDO:** [U/I], right?

**UM 3:** Huh?

**ALFREDO:** [U/I]

**CI:** He's seventeen [17] years old.

**UM 3:** Huh?

**CI:** I said he's seventeen [17] years old.

**ALFREDO:** He looks like he's twenty-something. This motherfucker is too big. He looks like a football player.

**[LAUGHING]**

**ALFREDO:** [U/I] *refrigerator*.

**CI:** [U/I].

**ALFREDO:** So tell me then, they haven't called us or anything? Didn't they give us the check? What happened?

**CI:**         Yes.

**ALFREDO:**    [ASIDE: Hey you, sit over here (U/I).]

**CI:**         [U/I] the check.

**ALFREDO:**    Huh?

**CI:**         [U/I] the check.

### [BACKGROUND: RING TONE]

**ALFREDO:**    You haven't had a check?

**CI:**         That's what I'm saying.  And I thought about you [U/I]. Earlier.

**ALFREDO:**    [U/I]

**CI:**         [U/I] we're waiting until tomorrow. [U/I] had something to do.

**ALFREDO:**    Huh?

**CI:**         I grabbed some work and I had to pay some money in Mexicali. Same thing, I think it was one [1] week. And so I had to sell them for, for twenty-two [22]. And he said, "Yes, I'll pay you right away over there in Mexicali. Now he's saying that not until Thursday.

**ALFREDO:**    How much is the kilo going for in Chicago?

**CI:**         We're selling it at thirty [30]…thirty and a half [30 ½].

**CI 2:**      Right now at thirty [30]... thirty and a half [30 ½].

**ALFREDO:**    This work should be arriving by… by next Monday. Over there to [U/I].

**CI:**         Yes.

**ALFREDO:**    In a week I think that I'm going to put in [U/I]…

**UM 2:**    If we're lucky…

**ALFREDO:**    If we're lucky by Wednesday, once we are there…before Friday. I sent seventy-six [76]. Do you want to buy them?

**CI:**    Huh?

**ALFREDO:**    [U/I]-six kilos.

**CI:**    *Oh, shit.* How much are you asking?

**ALFREDO:**    How much do you pay? [U/I] to pay a lot of money.

**CI:**    Twenty-five [25].

**CI 2:**    Shit, man!

**UM:**    All lies.

**CI:**    *Nah, I hate that* [U/I].

**CI 2:**    What's your price? What do you want?

**ALFREDO:**    Offer the best that you can pay. What do you want me to say? I mean, I don't have customers. And, if not, they'll stay there, I'll fucking throw them away! I'm gonna throw them away… yeah, right! [Laughs]

**CI 2:**    On Saturday?

**CI 2:**    [U/I] the thing is [U/I].

### [BACKGROUND: U/I CONVERSATION]

### [BACKGROUND: BROADCAST PLAYING]

**CI:**    [U/I] arrives [U/I] arrives [U/I] a damn mess. This is not the good one. Look, it's all used.

**UM 4:**    What do you mean used?

**CI:**    Look. I bought it new.

**UM 4:**    It was in storage.

**CI:**    Look.

**UM 4:**    It's new.

**CI:**             Where's the plastic?

**UM 4:**           [U/I].

**[BACKGROUND: U/I CONVERSATION]**

**CI:**             I want the friend to come and ask me for an apology, dude.

**UM 4:**           Huh?

**CI:**             I want the friend to come and ask me for an apology. No… I buy from him [U/I] two thousand five hundred [2,500], he asks me for the money and once… once you say yes, he keeps bugging you for the money. And he comes right away and puts a...

**UM 4:**           [U/I] put [U/I] at my house for me?

**CI:**             Oh. No, no, I can put that for you. The thing is ... *[ASIDE: Hey Jay, why don't they have them here, the Aquos TV?]*…the thing is they only bring two [2] every two [2] weeks.

**UM 4:**           Because you also buy them [U/I].

**CI:**             No [U/I] we have bought some. We've been going… we send my nephew every other day to see if they have arrived, to see if they have arrived. But he put…I bought HD...boxes, right? Two thousand five hundred [2,500] each and he brought me a regular one because he had them [U/I]. I just noticed [U/I]. [ASIDE: **CI:** *Right, Jay? Remember I told you, right?* **UM 5:** *Mmm?* **CI:** *I paid HD boxes and he put a regular one in here.* **UM 5:** *Who?* **CI:** *He got me. He thought I wasn't gonna notice.* **UM 5:** *[U/I] what's a HD box?* **CI:** *HD, High Definition, better than the new one.* **UM 5:** *Oh.*]

**CI 2:**           I'm telling you, dude, that's how Rafa is.

**[BACKGROUND: LAUGHTER]**

**CI:**             It wasn't Rafa. It was this guy… So what should we do then?

**ALFREDO:**        [U/I]

**CI:**             It's your call.

**ALFREDO:**        Well, tell me [U/I] more or less how much…how much will you pay for that?

**CI 2:**           About twenty-five [25].

**ALFREDO:**        Huh? [Laughs]. Thirty-five [35] in the U.S.

**CI:**        I'll pay you about twenty-seven and half [27 ½ ].

**ALFREDO:**        Man! No, no, [U/I]..

**CI:**        Okay, straight up, twenty-eight [28] is a good number for me to pay you. That way I can make some money. I'll make… I'm going to be making about one thousand [1,000] dollars per…

**ALFREDO:**        Twenty-nine [29]?

**CI:**        Twenty-nine [29] doesn't make sense.

**ALFREDO:**        [U/I] thrity [U/I].

**CI:**        How about my work? I'm making five [5] bucks off of mine. What… [ASIDE: hold on.]…what you're offering me for twenty-eight [28], right?, I think they're too few.

**ALFREDO:**        Twenty-eight and half [28 ½] and that's it.

**CI:**        That's fine. [U/I]. And, and the check? Where do you want me to…to…?

**ALFREDO:**        Over there in Chicago. But right away fucker, because I need to pay my [U/I].

**CI:**        [Laughs] Anything else, sir? [Laughs]

**[BACKGROUND: LAUGHTER]**

**ALFREDO:**        [U/I] work for you guys!

**CI:**        No, no, it's not that! No. I…we want…[U/I]…it's just that…you know what? Like…right now we thought, "Shit, man! That's a shitload of money to…."

**CI 2:**        …that's a lot of money to invest to make…

**CI:**        …just a little bit…

**CI 2:**        …just a little bit…

**CI:**        One thousand [1,000] bucks. I even think it's a lot…I think it's a lot…[U/I] because the thing is that the problem I have right now, *man*, is that I think, "*Man*, five million [5,000,000] is one hundred fifty [150] kilos, man." Over there, right now.

**ALFREDO:**        Where?

**CI:**  Over there in Chicago.

**CI 2:**  Yes, five million [5,000,000] is one hundred and fifty [150].

**CI:**  So we're risking too much money, *man*. It's too much.

**ALFREDO:**  How much, how much is the account?

**CI:**  At thirty [30].

**[BACKGROUND: U/I CONVERSATION]**

**ALFREDO:**  [U/I].

**CI:**  Look...

**ALFREDO:**  About four and a half [4 ½ ] million.

**CI:**  Twenty-… let's say twenty-nine [29]. It's about four million [4,000,000], almost four and a half [4 ½ ].

**[BACKGROUND: U/I CONVERSATION]**

**ALFREDO:**  [U/I] Seventy-six [76].

**CI:**  Seventy-six [76]?

**CI 2:**  [U/I]

**CI:**  It's two million one sixty-six [2,166,000]. [Pause]. Okay, man, that's fine.

**[BACKGROUND: U/I CONVERSATION]**

**ALFREDO:**  No, he got confused. They, they got me confused [U/I].

**[BACKGROUND: U/I CONVERSATION]**

**ALFREDO:**  A friend of mine here, that I have here [U/I].

**CI 2:**  [U/I] like, "Shit, man!"

**ALFREDO:**  No, the thing is…[U/I]…came back again.

**CI 2:**  [U/I].

**CI:**  The other day we… we saw, we saw [U/I].



**ALFREDO:**      Yeah.

**CI 2:**      Listen, I'm going to call right now, I'm going to call right now. You know what? [U/I]. What should we do anyway?

**ALFREDO:**      [U/I]

**CI 2:**      Yes, if the man calls me I'll tell him, "You know what, man? Stop fucking around, I want my surprise! The one that you keep saying that [U/I]." Should I tell him?

**ALFREDO:**      Yeah.

**CI 2:**      [U/I]... The worst thing that can happen is that he'll get mad and he'll laugh, huh?

**ALFREDO:**      He's going to laugh, "I have your surprise now.". He's really hurting for money [U/I].

**CI 2:**      No, straight up, I'm going to tell him this, "Hey, hey, your *compadre* [buddy] is really bummed out, man."

**ALFREDO:**      No, no.

**CI 2:**      "He sounded like really bummed out, like needy," I'm gonna tell him.

**ALFREDO:**      No, it's better if you don't tell him anything [U/I].

**[BACKGROUND: U/I CONVERSATION]**





**CI 2:**          *[U/I]*

**ALFREDO:**     [U/I] or what, man?

**CI 2:**          Huh?

**ALFREDO:**     [U/I]

**CI 2:**          No, [U/I] fifteen [15] days...

**CI:**           [U/I].

**CI 2:**          ...I don't know how many he wants to give each one of them. He told me that [U/I] has money for twenty [20]. I gave him thirty [30] and he says he's not done yet...the other one... [U/I] five hundred [500] [U/I], right? I have one man... I have a man alone…I have a man alone who…who moves…I gave him sixty [60] and he's already done and even [U/I]. But I want this man, my friend, to pick up work from this one, the money from this one [U/I] and then [U/I] load it up and come here. *I'm gonna call him back.*

**ALFREDO:**     And when they don't pay you guys, do you have someone to send for collection [U/I]? Or how do you guys do it?

**CI 2:**          No, no,   [U/I].

**CI:**           No, no, if they don't pay us [U/I] one day. They know.

**CI 2:**          And we haven't had too much trouble.

13

**ALFREDO:**    So then who is responsible [U/I]?

**CI 2:**    I mean, right now we haven't had any trouble. But before ...

**ALFREDO:**    [U/I] fucking asshole [U/I].

**CI 2:**    [U/I] Before, before that would always happen. Before. [U/I] they hide or they get lost. There's…, for real, there's people who would arrive to the house, and…nothing. The house would be empty.

**ALFREDO:**    Yeah. That's what I'm saying...

**CI 2:**    And they would leave...

**CI:**    No, but you test them. I do test them. You test them little by little --five [5]…ten [10]. And so people who need the money want to keep going.

**CI 2:**    Since all who buy are, are around each of them, you understand what I mean? It's like over here, like… like… a shitload of people know me. Where the f… you know what I mean?...

**ALFREDO:**    Yes.

**CI 2:**    Where am I going to go, if this is what I do? [U/I].

**ALFREDO:**    [U/I]

**CI:**    But if you're going to do some business, you want to come through... And these people [U/I], you know what I mean? Like, what they needed, because…[U/I] like with him... Didn't I send him eighty [80] and he lost them? I told him, "You keep fucking bugging me. I don't want to hear anything. I'm going to give you the eighty [80], and I'm not going to deduct a single dollar. You're going to pay me at this number, and I don't give a shit. I don't want to hear from you." "Yeah, fine, I don't give a shit!" So then they deliver it to him, and the next day he got fucked. And I said, "I didn't give a shit. Where's my money?"

**CI 2:**    We did squeeze…

**CI:**    We squeezed… You…you were really good…we squeezed about three hundred [300], four hundred thousand [400,000] bucks out of him, [U/I] for the check [U/I], but he paid us only with hundreds [100's]. But he did have money to pay us...

**CI 2:**    But it's his fault. No… he doesn't set up offices to work. He's really like… he wants to do everything without expenses. He doesn't want to have an office or anything. Nothing. He wants…

**ALFREDO:**    He doesn't want to spend.

**CI 2:**                He wants it like... you know…like the old times.

**ALFREDO:**      [U/I].

**CI:**                 For me, can you imagine?, I just paid sixty thousand [60,000] dollars [U/I]…

**CI 2:**                I pay, I think...

**CI:**                 ...in Los Angeles. Here it's forty [40]. In Chicago it's like one hundred [100].

**ALFREDO:**      [U/I].

**CI 2:**                We pay like two-fifty [250] in total… in offices.

**CI:**                 No, [U/I].

**ALFREDO:**      They [U/I].

**[BACKGROUND: MUSIC PLAYS]**

**ALFREDO:**      [U/I] of nothing but fixed expenses.

**CI:**                 Oh, no, [U/I].

**[BACKGROUND: U/I CONVERSATION]**

**CI:**                 And he doesn't want to [U/I]…we have worked…I say, "Hey, dude, there are these two [2] houses, [U/I] one house [U/I] trip and the other one so you can check them out." How much you think it would be to fix up two rented houses and furnish them? How much would it be? Like two [2] bucks?

**ALFREDO:**      [U/I].

**CI:**                 Already furnished… rent and everything.

**ALFREDO:**      [U/I]?

**CI:**                 Over there.

**ALFREDO:**      Hey, dude, a house, say, really, really bad-ass [I/I].

**CI:**                 Um… if it's really bad-ass [U/I] thousand.

**ALFREDO:**      Yeah? With… and if they ask you for a one-month deposit?

**CI:**                 [U/I]

**ALFREDO:**      [U/I]  two thousand and five hundred [2,500].

**CI:**                 I just like to bring it down, cheaper. Like from twelve hundred [1,200] to

15

fifteen hundred [1,500]. Good ones, like, with a garage and everything.

**ALFREDO:** [U/I] fifty thousand [50,000]?

**CI:** I do spend that. You know why? Because we put everything in them -- plates, curtains, [U/I], clothes, jackets, even photos.

**ALFREDO:** [U/I]

**CI:** I, I put [U/I] jackets, [U/I] kids' room. I put like…everything.

**ALFREDO:** Everything, so it looks nice [U/I].

**CI:** I hope so, man. When did you say the surprise would arrive? No, because I thought you were saying, I think, in two [2]weeks. [**ASIDE**:

**CI:** No, man, once that stuff arrives from down there, uff, man!, I'm going to buy myself a [U/I].

**ALFREDO:** Huh?

**CI:** I'll buy myself one of those cars.

**[B ACKGROUND: U/I CONVERSATION]**

**CI:** Yeah, he told me. I heard him say that he had a shitload of problems.

**ALFREDO:** [U/I]. Once [U/I] arrives, then [U/I].

| | |
|---|---|
| **CI:** | If [U/I] arrives [U/I] never [I/I]. |
| **CI 2:** | [U/I] |
| **CI:** | [U/I] scare me, dude!, [U/I] dude. |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **CI:** | It's fucked up, isn't it? |
| **ALFREDO:** | [U/I]...can't be.  [U/I] send a seven forty-seven [747] [U/I]. |
| **CI:** | But is it a personal plane or a [U/I] plane? |
| **ALFREDO:** | Cargo, big. |
| **UM:** | Cargo. |
| **CI:** | Seven, forty-seven [747]? |
| **ALFREDO:** | It doesn't have seats or anything. [U/I]...products from [U/I] Bogota. |
| **CI:** | But that's for having the money there and paying everybody, right? |
| **ALFREDO:** | Yeah, in fact I used it two [2] years ago [U/I]. |
| **CI :** | But [U/I] down there? [U/I] the plane [U/I]. |
| **ALFREDO:** | Nothing, [U/I]. I [U/I] the people, [U/I] the people [U/I] material. |
| **CI :** | And why didn't [U/I]? |
| **ALFREDO:** | Because [U/I]. |
| **CI :** | A year and half ago, what do you mean no? I have ... I've known [U/I] for three [3] or four [4] years. |
| **ALFREDO:** | [U/I] Monterrey? No. |
| **CI 2:** | A year and half. |
| **CI:** | A year and a half? More! |
| **ALFREDO:** | Maybe you're right. |
| **CI:** | We've been a year on this project. |
| **CI 2:** | Yeah, [U/I] more. |
| **ALFREDO:** | More…more…soon it'll be about two [2] years [U/I] so far no… |
| **CI 2:** | I met you about three [3] years ago. I met… |

**ALFREDO:**     Me, but [U/I] only a year ago. It was in November of last year. Yes, because…

**CI:**     An the company has been around for one [1] year.

**[B ACGROUND: U/I CONVERSATION]**

**CI:**     You didn't even make enough for the expenses?

**ALFREDO:**     No, I did [U/I] there [U/I]. [U/I]...one thousand, seven hundred [1,700]... On the second one, we put in seven thousand [7,000]. The second trip [U/I]. On the third one, we put in like eleven thousand [11,000] or thirteen thousand [13,000] [U/I] Bogota and that's when [U/I].

**CI 2:**     And how did he steal it?

**CI:**     *'cause of the little [U/I].*

**CI 2:**     But how did he take them? Or were you going to sell them to him?

**ALFREDO:**     No, fucking Alfredo and his dad. This man from here… and I can't even remember his name… he tells me, "Hey, straight up...," he was going to tell me something about the fucking plane, so I say, "[U/I] it's going to be eight hundred [800], right?" So he gives me the money and everything, the plane leaves, I leave [U/I] and they deliver the following day. But the ones they delivered belonged to my compadre [buddy]. Six hundred and twenty [620] [U/I]. So I call [U/I] and he tells me, "No, they delivered six hundred and twenty [620]." So I call the man and tell him, "They delivered six hundred and twenty [620]." "No, it's eight hundred and twenty [820]!" So he calls him but he no longer picks up. "Oh well!, that's all, the six hundred and twenty [620], that's okay." So [U/I].

**UM 2:**     That was sneaky.

**ALFREDO:**     But when I arrive in Mexico, once [U/I] delivers [U/I] fuck [U/I].

**[B ACGROUND: U/I CONVERSATION]**

**CI 2:**     But why [U/I]...?

**ALFREDO:**     So the whole fucking business was over.

**CI 2:**     But why [U/I]…?

**ALFREDO:**     Huh?

**CI:**     Because he's saying that [U/I].

**CI 2:**     No, but why wasn't your buddy able to… to give his support?

**ALFREDO:**    I don't know if... I don't know... I don't know what fucking bullshit is going on.

**CI:**    That's why sometimes I feel that... I feel that they are like into themselves…like...

**CI 2:**    Nothing, but he didn't want any problems, and if he was telling you that, "That is your problem, not mine." You know what I mean? That's what he's telling you. Right?

**CI:**    [U/I].

**ALFREDO:**    It would be like me saying, "Oh, yeah, you may be my buddy but [U/I] workers [U/I] and you [U/I] me."

**CI 1:**    "You have to pay me." I don't like…

**ALFREDO:**    [U/I]

**CI 2:**    But that's not cool if he used you.

**ALFREDO:**    Because after that [U/I].

**CI 2:**    Yeah, but, I mean… that's not cool because you could no longer do fuck.

**UM:**    No, and the whole shit was over.

**ALFREDO:**    And all that fucking work was over. [U/I].

**[B ACKGROUND: U/I CONVERSATION]**

**CI:**    Who, the driver?

**[B ACKGROUND: U/I CONVERSATION]**

**CI:**    [U/I] the expenses?

**[B ACKGROUND: U/I CONVERSATION]**

**CI:**    Yeah, but how are things at the airport now?

**[B ACKGROUND: U/I CONVERSATION]**

**ALFREDO:**    [U/I] I can't do any work without a check [U/I], right?

**CI 2:**    [ASIDE: **CI 2:** Did Greco leave? Yeah? And who gave that jerk permission to leave?]

**ALFREDO:**    [U/I]… I hope so.

**CI 2:**    [ASIDE: **CI 2:** Did they ring? **UM:** [U/I]. **CI 2:** So did the jerk leave? **UM:** Yes, right now, he just left. I don't think he's coming back. **CI 2:** Take your time. **UM:** No that's fine. **CI 2:** [U/I]. **UM:** (LAUGHS).]

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **UM:** | [U/I]...right away? |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **UM:** | Well, right now [U/I]. |
| **CI:** | So we're all set then. |
| **ALFREDO:** | [U/I] yes or no. If not, then [U/I]. |
| **CI:** | Yes, yes, yes. Yes. Okay, let me call my buddy right now to see if he's going to bring the check now. If not today then... |
| **ALFREDO:** | No, no, tomorrow... because the driver is going to be leaving. |
| **CI:** | If not, then Wednesday. |
| **ALFREDO:** | Because he's leaving for Chicago tonight to pick up [U/I]. |
| **CI:** | [U/I] |
| **CI 2:** | *He didn't call?* |
| **CI:** | *I talked to 'im in the morning and he said that...he told me around three o'clock [3:00]. [U/I] three [3] hours.* |
| **CI 2:** | *[U/I]... Sixty [60]. [U/I]?* |
| **CI:** | *[U/I] whoa, whoa, whoa,[U/I] what time is it now?* |
| **CI 2:** | *Over there? It's two, forty-six [2:46].* |
| **CI:** | *[U/I]... no change.* |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **CI:** | So we're all set with those. But if it arrives, for example, this one, if it arrives, would you be willing to do the two [2] again? |
| **ALFREDO:** | What? |
| **CI:** | [U/I] ? |
| **ALFREDO:** | [U/I]. But there isn't enough time [U/I] ...five hundred [500], six hundred [600], I don't know [U/I]... |
| **CI:** | [U/I]... you know, it arrives... you know it arrived. |
| **CI 2:** | [U/I]... Anyway, [U/I]. |
| **ALFREDO:** | Huh? |

**CI 2:**      [U/I].

**ALFREDO:**   Well, maybe [U/I].

**CI:**        No, that's why...

**CI 2:**      No, the new one.

**ALFREDO:**   [U/I]

**CI:**        No, but what I'm saying is, if, if, if it does arrive [U/I], would you be willing [I/I]?

**ALFREDO:**   [U/I]

**CI:**        If you invite us, we're in.

**ALFREDO:**   The thing is that [U/I]…

**CI 2:**      [U/I].

**CI:**        [U/I] the thing I like about this … the thing I like about this job is that you'll know whether it arrived, and that's it; or whether it didn't arrive, and that's it .

**CI 2:**      Yeah. In one day [U/I].

**CI:**        You know what I mean? [U/I].

**ALFREDO:**   [U/I]

**CI:**        One day. You're not…for a month, "Hey, dude, what happened?"

**ALFREDO:**   [U/I]

**CI 2:**      Count me in for that one. Easy.

**CI:**        I'd be game for that one.

**ALFREDO:**   [U/I]

**CI 2:**      [U/I] I'd be game with about four thousand [4,000].

**ALFREDO:**   [U/I]... Six hundred and twenty [620] [U/I].

**CI:**        At what price?

**UM:**        Huh?

**CI:**        Where?

**ALFREDO:**   Here, here.

**CI:**        Really? All the way here?

| | |
|---|---|
| **ALFREDO:** | [U/I]. How much would it be [U/I]-nine…nine million dollars? |
| **CI 2:** | [U/I]. |
| **ALFREDO:** | So [U/I] million dollars? |
| **CI 2:** | [U/I]... had told me that [U/I] was there with us and asked me whether I [U/I]… to pay [U/I] okay, what would you say if, he said  [U/I] ended up owing eight thousand [8,000]. "And he will continue to owe that you," he said [U/I] because [U/I] dough. |
| **CI:** | [U/I] was saying [U/I] a shitload of [U/I]. |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **ALFREDO:** | [U/I] house. |
| **CI 2:** | [U/I]..., where is it? |
| **ALFREDO:** | At your house. |
| **CI 2:** | [U/I]...your house, so the only [U/I] farther away, right? [U/I] your house [U/I]. |
| **ALFREDO:** | And I stay there at my house. I don't go out. |
| **CI 2:** | Okay. [U/I]. |
| **CI:** | [U/I]. *Yeah, man. I mean, that's what they do.* When they don't work, they steal [U/I]. |
| **CI 2:** | [U/I]... a Cherokee. |
| **ALFREDO:** | Oh, a Cherokee? |
| **CI:** | Yeah, a Cherokee. |
| **CI 2:** | Gold color? [U/I] fucking car [U/I]. |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **CI:** | [ASIDE: *Yo! Okay, cool. I'm just checking up. Okay... Just let me know, okay? Make sure you give me enough time, okay? Yeah, alright, cool.*] |

**[B ACKGROUND: U/I CONVERSATION]**

| | |
|---|---|
| **CI:** | [U/I] here in Mexico City they have them [U/I]. |
| **CI 2:** | [U/I] *I told you* [U/I]. |
| **ALFREDO:** | [U/I] that Cherokee [U/I] someone who goes by "Chino" [Chinese/Curly hair], someone who goes by "Chino" [Chinese/Curly hair] [U/I]. |
| **CI:** | I saw him passing by with two [2] white cars and those [U/I] Cherokee, |

|  | with dark windows. And he passed by with like three [3] small cars [U/I] . |
|---|---|
| **ALFREDO:** | No, my buddy [U/I]. |
| **CI 2:** | Well, yes, but that's because they can, because they're fixed up. That's why. |
| **ALFREDO:** | [U/I]...kind of strange [U/I]...nobody else. |
| **CI:** | That's what I'm saying [U/I]. |
| **ALFREDO:** | [U/I] |
| **CI:** | I don't think so. Right now [U/I]. |
| **ALFREDO:** | [U/I]. |
| **CI:** | Yes, but…but… |
| **CI 2:** | But that's better for them. Let *them* look bad. |
| **CI:** | Listen, but…but the Chinos [Chinese/Curly hair guys]…they're involved with that guy. |
| **ALFREDO:** | [U/I] |
| **CI:** | *What did he say [U/I]?* |
| **CI 2:** | *I don't know. I'm gonna talk to him [U/I].* |
| **ALFREDO:** | I want a *dish*. [U/I]. |
| **CI:** | [U/I] It's...it's…I'm going to tell you why…it's because they changed the antenna. Hey, hey, check why the channels are not working. |

**[B ACKGROUND: U/I CONVERSATION]**

| **UM 6:** | [U/I] can't be seen [U/I]. |
|---|---|
| **ALFREDO:** | [U/I]. Hey, the dish you have at your house, is it legit or not? |

**[B ACKGROUND: U/I CONVERSATION]**

| **UM 7:** | Huh? |
|---|---|
| **ALFREDO:** | The *dish* [U/I]. |
| **UM 7:** | [U/I] they get blocked [U/I]. |
| **ALFREDO:** | Yeah, but it's [U/I]. |

**[B ACKGROUND: BEEPING SOUNDS]**

**[B ACKGROUND: U/I CONVERSATION]**

**CI 2**          [ASIDE: ████████████████████████████████████

████████████████████████████████████████████████████████████████

**ALFREDO:**          [ASIDE: Go ahead. Nothing. I'm just here talking. (U/I).]

**CI 2:**          *You had it on [U/I]. What does it say?*

**CI:**          *Huh? [U/I] what about it?*

**CI 2:**          [U/I]

**CI:**          *I don't see it.*

**CI 2:**          *[U/I] just gave it to me right now.*

**ALFREDO:**          [U/I]

**CI:**          Say hi to him from me.

**ALFREDO:**          Okay.

**CI 2:**          *[U/I], man.*

**ALFREDO:**          So, what did we agree on? [U/I]

**CI:**          *I don't know*.  I'll buy them from you at twenty-seven and half [27 ½ ]?

**ALFREDO:**          Twenty-eight and half  [28 ½]. We agreed on twenty-eight and half [28 ½], right?

**UM:**          Hey, was it twenty-eight and a half [28 ½]?

**ALFREDO:**          Yeah, they will call us…call me…when the documents [U/I].

**CI 2:**          Are you already asking us to pay? [U/I]!

**ALFREDO:**          No, no!, that's for the stuff from here. The stuff from here…for the [U/I]!

| | |
|---|---|
| **CI:** | Oh, yes, yes! Yes, the [U/I]-hundred fifty [(U/I)-50]. |
| **ALFREDO:** | Yeah. Not, not [U/I]… |
| **CI:** | Anyway, there is no rush up there right now. They don't want…the fuckers don't want to work. |
| **ALFREDO:** | Who? |
| **CI:** | They're saying at forty [40], at forty [40]. |
| **ALFREDO:** | In Canada? |
| **CI:** | It's… you know, you know… I just checked the other day… you know when it's going for forty [40]? It's going for about thirty-one [31], eight hundred [800]. |
| **ALFREDO:** | In dollars? |
| **CI:** | In dollars. That's bullshit! |
| **ALFREDO:** | [U/I] check. I need to know. If not, to pay [U/I]. |
| **CI:** | No, no, it's fine. |
| **ALFREDO:** | I already saw several things. |
| **CI:** | In order to keep going, but it's going to have to get… get better, right? |
| **ALFREDO:** | [U/I]. |
| **CI:** | Would you do it, man?... Okay, no… |
| **ALFREDO:** | No, no, no… |
| **CI:** | …no… suppose…suppose you didn't know me, would you…? Would you go [U/I] to Canada to make one hundred thousand [$100,000] bucks? |
| **CI 2:** | [U/I] |
| **CI:** | *No, no, no... Any other way. No, no, we have that.* Suppose we don't have the freight or anything like that. |
| **CI 2:** | *In Miami, man.* |
| **CI:** | One hundred [$100] bucks, all the way up there... When you can go to Atlanta and earn the check [U/I]? |
| **CI 2:** | Or also go all the way there. I'd say yes. Yes, I'm sure. |
| **UM:** | But, the thing is that the freight [U/I] is expensive. |
| **ALFREDO:** | Where does it go out faster? Who pays faster and everything? [U/I] faster [U/I]. |

25

**UM:**          It depends on whether [U/I].

**CI:**          [LAUGHS]. I have a pilot.

**ALFREDO:**     Huh?

**CI:**           I have a pilot.

**ALFREDO:**     A plane? And once inside the U.S. no one checks anything?

**CI:**          I have a buddy that…that… used to tell me that…he would laugh… he said was… that he was so, so happy because things were going well.

**ALFREDO:**     [YAWNS] Uh-huh.

**CI:**          He said that if... "Look," he said, "I swear, I'd go to Los Angeles and before [U/I] I would gather up to the last penny. To everybody [U/I] thousand dollars. I thought it was so easy," he would say, "because no… there are times when I'd [U/I] fifteen thousand [15,000] dollars. [U/I]... Fifteen thousand dollars [$15,000]. [U/I] Fifteen thousand dollars [$15,000]. And guess what happened to him?

**ALFREDO:**     [U/I].

**CI:**           [LAUGHING] He crashed it!

**CI 2:**        No, but he said he already had it. He said that later…that later he investigated and that he already had it. That they had put one of those [U/I] on the plane. I saw his…the whole story, and he says that when he was over by, I don't know, by Ohio [U/I].

**[BACKGROUND: BEEPING SOUNDS]**

**ALFREDO:**     [U/I]

**CI:**          Okay, in the beginning he would not [U/I] with anyone. Then he said that he had always bought new parts but this time the mechanic convinced him about a part that was re…

**CI 2:**        …refurbished.

**CI:**          …refurbished. And then he says that [U/I].

**ALFREDO:**      Look, [U/I] at the airport...

**UM:**          Oh, thank you.

**ALFREDO:**     Cuando [U/I] at the airport [U/I] car.

**CI:**          Yes… [U/I].

**UM:**          [U/I] they're busy right now and whether you can call a little later.

**ALFREDO:**     Yeah, I mean [U/I] in Chicago [U/I] in Washington [U/I].

**CI:**          He said…that's what he said.

**ALFREDO:**     [U/I].

**CI:**          He said [U/I] he didn't want to take anyone with him. And I said, "Hey, dude, you should've taken some shovels, I said, [U/I] to bury the work. And wait, am I right or not?, to see if they would come and get it. But no, he left the work there.

**UM:**          [U/I] one more [U/I].

### [BACKGROUND: U/I CONVERSATION]

**CI 2:**        

**ALFREDO:**     [U/I] don't know [U/I].

**CI:**          But he was…he was a pilot. That's why.

**ALFREDO:**     [U/I] normal [U/I].

### [BACKGROUND: U/I CONVERSATION]



**ALFREDO:**     So then, when would you say…for…for the Vancouver stuff?

**CI:**          As soon as [U/I].

**UM:**          The good thing about Vancouver is that there you can [U/I].

**ALFREDO:**     Right, right, but…

**CI:**          No, we are actually ready here. Once we have them there, I know we're

| | |
|---|---|
| | going to [U/I]. [U/I]... we're talking about other ones, like...you know what I mean? We're talking about some that we don't have. Once we have them, [U/I]. |
| **ALFREDO:** | All right, then, you call me [U/I]. |
| **CI:** | [U/I] my buddy, man. |
| **ALFREDO:** | I hope to god, fucker [LAUGHS]. |
| **CI:** | Now I'm going to… I'll bet you anything that now that we're here talking he must have called. |
| **ALFREDO:** | Who? |
| **CI:** | My buddy. |
| **ALFREDO:** | Did he just call? |
| **CI:** | I imagine so, only because I don't have the phone. |
| **ALFREDO:** | [LAUGHS]. |
| **CI:** | Or, if not, I'm going to call…I'm going to tell Menor [Junior]…I'm going to say, "You know what? Fuck it, I can't be waiting around for you guys. I can't be carrying the phone around wherever I go." |
| **ALFREDO:** | [LAUGHS] Of course. [U/I]. |
| **CI:** | I'm going to [U/I] one right now. |
| **ALFREDO:** | [U/I] |
| **CI:** | [U/I]. |
| **UM:** | [U/I] at [your/his] house. |
| **CI:** | Take care, alright? |
| **ALFREDO:** | [U/I] |
| **CI 2** | *[U/I]... Ask Pete.[U/I]* |

**[END OF RECORDING]**