U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO Jason J Everett<br>At: Chicago Field Division | | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>03/25/09 | |

9. Other Officers: SA Eric Durante

10. Report Re: Review of Content on Consensual Recording Involving CS2 and "Payo" "Nemo" Alfredo and Miguel. Recording DWC0003. Recorded 11/02/08.

### DETAILS

1. Reference all reports of investigations under this file title and number.

2. During the week of January 12th through January 16th, 2009, SA O'Reilly, SA Durante, TFO Everett and Northern District of Illinois AUSA Thomas Shakeshaft met with CS [Redacted] (CS1) and CS [Redacted] (CS2) at the US Attorney's Office in Chicago, IL. Also present was their criminal defense attorney [Redacted]. The purpose of the meetings was to review the draft transcripts of the consensually recorded telephone calls made by CS1 and CS2. The agents and AUSA Shakeshaft reviewed the draft transcripts with CS1 and CS2 to familiarize themselves with the certain terms and coded language used by CS1, CS2, and the subjects captured on the consensually recorded calls. Also, CS1 and CS2 identified who they were speaking to, and who they were speaking about, while identifying coded names and phrases that related to certain individuals involved in this investigation. All of the recorded conversation are in Spanish and were recorded at the direction of the DEA agents.

3. On November 2, 2008, CS2 consensually conducted recording DWC0003. The recording was made with a recorder that was used on this day first with a video teleconference with Manuel FERNANDES-Navarro and then with a telephone call with Manuel "El Musico". CS2 then placed

| 11. Distribution:<br>Division<br>District<br>Other | 12. Signature (Agent)<br>TFO<br>14. Approved (Name and Title)<br>GS William J. Wanon | 13. Date<br>3/25/9<br>15. Date<br>3/25/09 |
|---|---|---|

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1

Exhibit 1

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared 03/25/09 | |

the recorder into his pocket and recorded a conversation he had with Payo, Miguel, Nemo and Alfredo (Compadre) who were with CS2 but did not have knowledge of the recording of the telephone calls.

4. As the conversation began Alfredo was asking CS2 what the status of a two hundred (200) kilograms shipment of cocaine in which Alfredo added seventy six (76) kilograms of his own kilograms of cocaine onto the load that was set to be shipped to Chicago.

5. As the conversation went on Miguel and CS2 spoke about the arrangements the two of them had made to transport multiple kilograms of cocaine via train cars from Los Angeles to Chicago. Miguel was concerned because the net profit that the two of them were making for the cocaine was not worth the time and effort to set up the shipments. CS2 then spoke about the 747 cargo plane that was controlled by Joaquin GUZMAN-Loera, which would fly from Mexico City to Columbia. The cover load would be used clothes to hide sixteen thousand (16,000) kilograms of cocaine as it was flown back to Mexico City.

6. At that time "Nemo" entered the room and asked CS2 if he was ready to "go with the Canadian thing…the shipyard is ready." Nemo and CS2 then discussed the details that were to be used to ship kilograms of cocaine for CS1 and CS2 in a submersible towed by a ship out of Mexico into a prearranged United States or Canadian port.

7. The recording ends with the assembled men talking about a plane crash in Ohio, in which kilograms of cocaine intended for Philadelphia, Pennsylvania were recovered by responding emergency units while the pilot attempted to hide the illicit drug load.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Exhibit 1

U.S. Department of Justice
Drug Enforcement Administration



| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 03/25/09 | |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

3

Exhibit 1