```
IN RE: GRAND JURY      )        GRAND JURY NO.
       INVESTIGATION   )           08 GJ 1113
```

BEFORE THE FEDERAL GRAND JURY

(Special February 2008-2 Grand Jury)

December 4, 2008

9:30 o'clock a.m.

PRESENT:

THE HONORABLE PATRICK J. FITZGERALD
United States Attorney, by
MR. THOMAS SHAKESHAFT
MR. MICHAEL FERRARA
Assistant United States Attorney
Chicago, Illinois

(The Grand Jury, having convened at 9:30 o'clock a.m. on the 4th day of December, 2008, pursuant to adjournment, met in closed session and the following proceedings were had herein.)

PEDRO FLORES,

having entered the Grand Jury Room, was sworn by the Foreperson as follows:

    THE FOREPERSON: You do solemnly swear that in the testimony you are about to give before this Grand Jury you will speak the truth, the whole truth, and nothing but the truth, so help you God?

    THE WITNESS: I do.

    THE FOREPERSON: Thank you. Please be seated.

EXAMINATION

BY MR. SHAKESHAFT:

    Q  Good morning, Mr. Flores. Could I ask you to please state your name and spell your first and last name for the Grand Jury?

    A  Pedro Flores, P E D R O, F L O R E S.

    Q  Mr. Flores, do you understand that everything that is said during these proceedings is being recorded by the lady sitting in front of you?

    A  Yes.

    Q  And do you understand that a tape recording is being made of these proceedings?

    A  Yes.

PEDRO FLORES

that money over here, which meant transporting it from Chicago back into Mexico where both El Chapo and I were and I said I could deliver it in Mexico in a few days.

"The second phone conversation that I had with El Chapo on November 15, 2008, El Chapo and I talked about future shipments of heroin. I told El Chapo that I only had three kilograms of heroin left from the last shipment he sent to me and asked if -- asked him if he could send me more heroin. El Chapo asked me how much heroin I would be able to sell to my customers each month. I told El Chapo that I would be able to sell 40 kilograms of heroin each month. El Chapo told me that was good and agreed to send me more heroin.

"Closing Remarks. Since the summer of 2008 I continued to

3

Exhibit 2
GJTR_001_0027

28

PEDRO FLORES

cooperate with DEA agents by providing them with information to allow them to seize drugs and money shipments. Specifically when I knew that a shipment of drugs was going to be sent from Mexico into the United States, I called the agents to let them know. From there I coordinated with the agents and my workers to insure that the agents were able to intercept and seize the drugs or the money. Other than my brother, Margarito, none of my workers had any knowledge that I was cooperating with the agents. I know from my discussion with the agent that they -- that my cooperation led directly to several seizures of drugs and money.

"In total, since 1998 Margarito and I are responsible for distributing of thousands and thousands of kilograms of cocaine

4        Exhibit 2
GJTR_001_0028

```
IN RE:  GRAND JURY         )         GRAND JURY NO.
        INVESTIGATION      )            08 GJ 1113
```

BEFORE THE FEDERAL GRAND JURY

(Special February 2008-2 Grand Jury)

December 4, 2008

9:30 o'clock a.m.

PRESENT:

THE HONORABLE PATRICK J. FITZGERALD
United States Attorney, by
MR. THOMAS SHAKESHAFT
MR. MICHAEL FERRARA
Assistant United States Attorney
Chicago, Illinois

(The Grand Jury, having convened at 9:30 o'clock a.m. on the 4th day of December, 2008, pursuant to adjournment, met in closed session and the following proceedings were had herein.)

2

MARGARITO FLORES,

having entered the Grand Jury Room, was sworn by the Foreperson as follows:

    THE FOREPERSON: You do solemnly swear that in the testimony you are about to give before this Grand Jury you will speak the truth, the whole truth, and nothing but the truth, so help you God?

    THE WITNESS: I do.

    THE FOREPERSON: Thank you. Please be seated.

EXAMINATION

BY MR. SHAKESHAFT:

    Q  All right. Good morning, Mr. Flores.

    A  Good morning.

    Q  Could I ask you to please state your name --

    THE FOREPERSON: Could I swear him in?

    MR. SHAKESHAFT: Absolutely.

    (Witness sworn.)

BY MR. SHAKESHAFT:

    Q  I'll start again. My fault. Good morning, Mr. Flores.

Exhibit 2

24

MARGARITO FLORES

A   Okay.

"Since the summer 2008 I continued to cooperate with DEA agents by providing them with information to allow them to seize drug and money shipments. Specifically when I knew that a shipment of drugs was going to be sent from Mexico to the United States I called the agents to let them know. From there I coordinated with agents and my workers to insure that the agents were able to intercept and seize the drugs or the money. Other than my brother, none of my workers has any knowledge that I was cooperating with the agents. I know from my discussion with the agents that my cooperation led directly to several seizures of drugs and money.

"In total since 1998" --

Q   It should say Pedro and I, right?

A   Yeah.

7

Exhibit 2

GJTR_001_0072