| U.S. Department of Justice | | | | | WORK IN PROGRESS |
|---|---|---|---|---|---|
| Drug Enforcement Administration | | | | | |

## REPORT OF INVESTIGATION

Page 1 of 9

| 1. Program Code ▮ | 2. Cross File ☐ | Related Files ☐ ☐ ☐ ☐ ☐ | 3. File No. ▮ | 4. G-DEP Identifier ▮ |
|---|---|---|---|---|
| 5. By: Patrick Bagley, AGS  At: Chicago FDO | | | 6. File Title ▮ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  03-25-2011 | |
| 9. Other Officers: ASAC David Lorino, SA Todd Smith, IRS-CID SA Jen Guest, NDIL AUSA's Tom Shakeshaft and Michael Ferrara | | | | |
| 10. Report Re: Interview of ▮ on March 24, 2011 | | | | |

**SYNOPSIS**

On March 24, 2011 at approximately 2:35 pm, ASAC Lorino, SA's Bagley and Smith, IRS-CID SA Guest and NDIL AUSA's Shakeshaft and Ferrara interviewed ▮ regarding the monetary assets of ▮ Margarito FLORES, and ▮ Pedro (Pete) FLORES. The interview took place at the ▮ and also present was ▮ attorney, ▮. Below is a summary of the interview.

**DETAILS**

1. On March 24, 2011, ▮ agreed to talk to AUSA's from the Northern District of Illinois, IRS-CID and the DEA regarding ▮ knowledge and involvement in the monetary assets of the Pedro and Margarito FLORES DTO. For detailed information regarding the purchases of assets utilizing narcotics proceeds see IRS-CID SA Guest's Memorandum of Interview of ▮ on March 24, 2011.

2. On November 30, 2008, ▮ stated that both ▮ were informed by the DEA that they had two hours to leave their residence in Mexico. ▮ drove Pedro and Margarito FLORES to the airport. ▮ did not have a plan on what to do when they were to leave Mexico. ▮ collected any documents that contained any of their addresses ▮ The families also took a combined

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Patrick Bagley, AGS | 13. Date  04-01-2011 |
|---|---|---|
| | 14. Approved (Name and Title)  William J. Warren | 15. Date  4/7/11 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

WORK IN PROGRESS

Sav ✓

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1

Exhibit 6

U.S. Department of Justice  
Drug Enforcement Administration

**WORK IN PROGRESS**

| | |
|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. ▮ 2. G-DEP Identifier ▮ 3. File Title ▮ |
| 4. Page 2 of 9 | |
| 5. Program Code ▮ | 6. Date Prepared 03-25-2011 |

$50,000.00 USC from the residence. Prior to ▮▮▮▮ leaving the residence, two males known only as PAYO and HOMIE came to the residence and asked to speak to Pedro and Margarito. ▮▮▮▮ were very scared and told PAYO and HOMIE that they were not home.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

They drove to the airport in Guadalajara, MX and waited for ▮▮▮ the family left in seven vehicles and drove to ▮▮ stated the seven vehicles were ▮▮▮▮ stated all of these vehicles were purchased in Mexico by Pedro and Margarito with proceeds from their narcotics business.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Once at the border, ▮▮▮ called the DEA because ▮▮▮ After the assistance of DEA, ▮▮▮ were able to enter the United States.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DEA Form - 6a  
(Jul. 1996)

**DEA SENSITIVE**  
Drug Enforcement Administration

**WORK IN PROGRESS**

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

2

Exhibit 6

U.S. Department of Justice  
Drug Enforcement Administration

WORK IN PROGRESS

**REPORT OF INVESTIGATION**  
(Continuation)

1. File No.
2. G-DEP Identifier
3. File Title

4. Page 3 of 9
5. Program Code
6. Date Prepared 03-25-2011

$20,000.00 USC that was wrapped in rubber bands. ▮▮▮ stated she did not know where ▮▮▮ got the money from.

6. ▮▮▮ stayed approximately a week and a half at the hotel ▮▮▮ They then went to ▮▮▮

7. In mid December of 2009, ▮▮▮ gave ▮▮▮ another $20,000.00 USC and brought a gray ▮▮▮ to the residence. ▮▮▮ told ▮▮▮ the ▮▮▮ had a hidden compartment in the rear cargo area of the vehicle and demonstrated to ▮▮▮ how to open the compartment. ▮▮▮ stated the hydrolic compartment was empty when ▮▮▮ gave her the vehicle.

8. In late December, ▮▮▮ stated she drove the gray Mazda SUV and met Kiley MURRAY on ▮▮▮ MURRAY gave ▮▮▮ and bag containing $200,000.00 USC. MURRAY asked ▮▮▮ for the title to the white Lamborghini that was totaled in an accident and ▮▮▮ told MURRAY she had the title and would get it to him. ▮▮▮ stated an associate of her's, ▮▮▮ met MURRAY at a nightclub in Atlanta, GA got MURRAY's cellular phone number. ▮▮▮ then gave ▮▮▮ MURRAY's cellular number. She stated she called MURRAY and arranged this meeting. During this meeting, ▮▮▮ gave MURRAY ▮▮▮ cellular number. ▮▮▮ stated she put the bag containing the USC into the Mazda and brought it back to her residence in ▮▮▮ stated she used the USC to live on until September of 2010 when the DEA seized the remaining $80,000.00 USC of this money from her ▮▮▮ (* Agents note: On September 1, 2010, DEA seized $81,500.00 USC ▮▮▮

9. In January of 2010, ▮▮▮ told ▮▮▮ had to put some money away that was on the way and it had to be safe. ▮▮▮ told ▮▮▮ to bring the money to the residence ▮▮▮ and they could keep the money safe there. ▮▮▮ stated she watched ▮▮▮ departed the residence in her ▮▮▮ SUV. ▮▮▮ stated that the ▮▮▮ stated that ▮▮▮ was gone a few hours when she arrived back at the

DEA Form - 6a  
(Jul. 1996)

DEA SENSITIVE  
Drug Enforcement Administration

WORK IN PROGRESS

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit 6

U.S. Department of Justice  
Drug Enforcement Administration

**WORK IN PROGRESS**

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |

4. Page 4 of 9  
5. Program Code ▮  
6. Date Prepared 03-25-2011

▮ residence driving the ▮ was loaded with 10 - 12 medium sized moving boxes. ▮ moved the boxes from the ▮ and put them in a basement closet.

10. The following morning, ▮ opened the boxes. ▮ stated the boxes contained USC that was wrapped in bundles with gray tape and clear plastic wrap. All the bundles were marked in black marker with the letter "Q". ▮ did not count the bundles. ▮ stated she cut a hole in a wall of the house in an attempt to conceal the USC. She stated the opening was not big enough to conceal all the USC. ▮ stated that in the basement of the residence was a theater room with a raised floor. ▮ pried off the fascia of the of the raised floor by removing the nails. This revealed a void the length to the raised floor between the wooden support beams. ▮ removed the wrappings from the USC. She stated all the USC was in $20.00 denominations, but she did not count the money. ▮ then put the bundles of USC in the void beneath the theater room floor. ▮ then re-nailed the fascia board to the floor. ▮ and ▮ put the money wrappers into garbage bags. On the next garbage pick-up day, ▮ waited for the garbage truck to arrive and she walked the garbage bags containing the money wrappers out to the garbage truck.

11. In late January or early February 2009, ▮ came to the Chicago area and stayed at ▮ residence ▮ Shortly after ▮ arrival, ▮ drove in the ▮ and met ▮ at a parking lot off ▮ In the parking lot was a purple Nissan Murano that contained USC in a hidden compartment. The keys were with the vehicle. Neither ▮ knew how to open the hidden compartment. ▮ then called ▮ and told ▮ he did not know how to open the trap. ▮ then drove the Murano to the area of ▮ and met ▮ showed ▮ how the operate the compartment.

12. ▮ then drove back to the ▮ residence and parked the Murano in the garage. ▮ then opened the compartment in the Murano with ▮ present. The compartment contained 80 - 100 bundles of USC. Each bundle contained $20,000.00 USC. The bundles were

DEA Form - 6a  
(Jul. 1996)

**DEA SENSITIVE**  
Drug Enforcement Administration

**WORK IN PROGRESS**

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit 6



U.S. Department of Justice
Drug Enforcement Administration

WORK IN PROGRESS

**REPORT OF INVESTIGATION**
(Continuation)

1. File No.
2. G-DEP Identifier
3. File Title

4. Page 5 of 9
5. Program Code
6. Date Prepared 03-25-2011

wrapped in silver duct tape and were all marked with the letter "D". They then placed 30 - 35 bundles of USC in the hidden compartment of the Mazda and put the remaining bundles in the basement. Some of the bundles were put in the void in the basement floor with the other bundles, but not all of them fit. The bundles that did not fit in the floor were put in a closet in the basement. ▮▮▮ then drove the Murano and parked it in the parking lot ▮▮▮ (* Agents note: The Nissan Murano (Exhibit N-529) was seized by the DEA on September 1, 2010). ▮▮▮ then returned to the ▮▮▮ residence ▮▮▮

13. In March of 2009, ▮▮▮ moved ▮▮▮ and took $200,000.00 USC she received from MURRAY, minus the money she had already spent on living expenses, and two bundles of USC, each containing $20,000.00 USC, from the Mazda.

14. In June of 2009, ▮▮▮ returned to the ▮▮▮ residence from ▮▮▮ knew of a ▮▮▮ that sold high end cars (* Agents note: This ▮▮▮ has been identified as ▮▮▮ told ▮▮▮ the owner of the ▮▮▮ was a male ▮▮▮ named ▮▮▮ told ▮▮▮ would sell her a car for cash. ▮▮▮ took another two bundles of USC ($40,000.00) from the Mazda that was still parked in the ▮▮▮ garage. ▮▮▮ took the money to the ▮▮▮ and met with ▮▮▮ gave ▮▮▮ the $40,000.00 USC for a ▮▮▮ that was for sale in the ▮▮▮ provided ▮▮▮ with a copy of ▮▮▮ drivers license and she received a receipt on an invoice She had the title mailed ▮▮▮ While at the ▮▮▮ saw a black Bentley for sale for $100,000.00 USC.

15. ▮▮▮ went back to ▮▮▮ and gave the ▮▮▮ After ▮▮▮ arrived ▮▮▮ she told ▮▮▮ she saw a black Bentley for sale at the ▮▮▮ told ▮▮▮ that Pedro FLORES wanted to buy ▮▮▮ a birthday gift and mentioned the Bentley as a possible present for ▮▮▮

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

WORK IN PROGRESS

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

5

Exhibit 6

U.S. Department of Justice
Drug Enforcement Administration

WORK IN PROGRESS

REPORT OF INVESTIGATION
(Continuation)

1. File No.
2. G-DEP Identifier
3. File Title

4. Page 6 of 9
5. Program Code
6. Date Prepared 03-25-2011

16. In ▮▮▮▮ ▮▮▮▮ stated ▮▮▮▮ took $100,000.00 USC from the Mazda that was still parked in the ▮▮▮▮ garage. ▮▮▮▮ used this money to purchase the black Bentley from ▮▮▮▮ at the ▮▮▮▮ then drove the Bentley ▮▮▮▮ and gave the Bentley to ▮▮▮▮ told ▮▮▮▮ the Bentley was a birthday gift form Pete (FLORES). ▮▮▮▮ birthday is ▮▮▮▮

18. ▮▮▮▮ stated only she ▮▮▮▮ knew about the money secreted in the basement of the ▮▮▮▮ house. ▮▮▮▮ kept the keys to the Mazda and was to use the rest of the money in the Mazda for Pedro and Margarito's legal defense fund. ▮▮▮▮ estimated that there should have been at least $500,000.00 USC left secreted in the Mazda that was parked in the garage of the ▮▮▮▮ residence.

19. In late ▮▮▮▮ through ▮▮▮▮ rented an apartment in the ▮▮▮▮ and lived ▮▮▮▮ stated she rented the apartment in ▮▮▮▮ name. ▮▮▮▮ paid the rent on the apartment from the money she received from MURRAY. In ▮▮▮▮ moved ▮▮▮▮ to an apartment ▮▮▮▮

20. On September 1, 2010, ▮▮▮▮ stated she spoke to DEA agents in Texas and surrendered the $80,000.00 USC (mentioned in paragraph # 8). ▮▮▮▮ stated she did tell the agents about the $40,000.00 USC that she took from the Mazda and did not surrender this money. ▮▮▮▮ stated that as of today's date, she has approximately $2,000.00 USC left from the $40,000.00 USC.

21. In ▮▮▮▮ and ▮▮▮▮ traveled ▮▮▮▮ to meet with ▮▮▮▮ lawyer, ▮▮▮▮ After the meeting, ▮▮▮▮ and

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

WORK IN PROGRESS

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit 6

U.S. Department of Justice  
Drug Enforcement Administration

WORK IN PROGRESS

## REPORT OF INVESTIGATION
(Continuation)

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ | |
| 4. Page 7 of 9 | |
| 5. Program Code ▮ | 6. Date Prepared 03-25-2011 |

▮ went to ▮ ▮ stated that ▮ she decided she had to surrender more money to the government. ▮ told ▮ she was going to turn in some money and told ▮ to go home. ▮ gave ▮ ▮ She stated ▮ boarded the flight ▮ and she left the airport.

When ▮ arrived ▮ she went directly to ▮ ▮ told ▮ they had to surrender all the money that was secreted in the basement floor of the ▮ house to the government. ▮ stated that ▮ became very upset and did not want to surrender the money. After sometime, ▮ stated she convinced ▮ that it would be in their best interest to surrender the money.

22. ▮ stated she rented a hotel room at a hotel ▮ and ▮ bought plastic bins and then went to the ▮ residence and removed all the money from the basement floor and put it into the bins. They then drove to ▮ office and gave the bins containing the USC to ▮ ▮ stated she did not count the money that was put in the bins and did not know how much it was ( * Agents note: the money has since been put in an escrow account by ▮ and is purported to be over $4,000,00.00 USC).

23. ▮ stated Margarito did not know about any of the money in the ▮ house and he never asked her about any other money. She stated that Margarito knew about the $200,000.00 USC that was delivered to her by MURRAY. ▮ stated that Pedro was in charge of the money from Pedro and Margarito's narcotics business.

24. ▮ stated the ▮ residence is currently for sale and is being rented ▮ The mortgage on the residence is ▮ per month. ▮ said she has owned ▮ business ▮ for six years. She stated she pays between $7,200.00 and $7,600.00 USC per month rent for the business. ▮ stated she has a ▮ license and owns ▮

DEA Form - 6a  
(Jul. 1996)

DEA SENSITIVE  
Drug Enforcement Administration

WORK IN PROGRESS

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit 6

U.S. Department of Justice
Drug Enforcement Administration

WORK IN PROGRESS

## REPORT OF INVESTIGATION
*(Continuation)*

1. File No. ▓▓▓
2. G-DEP Identifier ▓▓▓
3. File Title ▓▓▓

4. Page 8 of 9

5. Program Code ▓▓▓

6. Date Prepared
03-25-2011

▓▓▓ that have earned no money. ▓▓▓ stated she also invested $40,000.00 USC ▓▓▓ for the purpose of eventually selling the property for a profit.

25. ▓▓▓ stated she has never wired any money to Mexico.

▓▓▓

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

WORK IN PROGRESS

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

8                                                                Exhibit 6

U.S. Department of Justice
Drug Enforcement Administration

**WORK IN PROGRESS**

## REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| [redacted] | [redacted] |

3. File Title: [redacted]

4. Page 9 of 9

5. Program Code: [redacted]

6. Date Prepared: 03-25-2011



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**WORK IN PROGRESS**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.