Guadalajara, Jalisco, noviembre 3 de 2014.

**JESÚS GONZÁLEZ TEJEDA**, mexicano, mayor de edad, Abogado por haber cursado la licenciatura en derecho, egresado de la H. Universidad de Guadalajara en el año 2001, autorizado legalmente para el ejercicio de la abogacía por virtud de la Cédula Profesional Federal 5615774, Expedida por la Dirección General de Profesiones, de la Secretaría de Educación Pública en el año 2008; con tal carácter y **bajo formal protesta de conducirme con verdad**, me permito manifestar lo siguiente:

En el mes de enero de 2011, acepté el cargo de Defensor Particular del señor ALFREDO VAZQUEZ HERNÁNDEZ, con la finalidad de brindar asesoría legal en el procedimiento de extradición **9 / 2010**, tramitado ante el C. **Juez Decimosegundo** de Distrito de Procesos Penales Federales en el Distrito Federal.

El señor ALFREDO VÁSQUEZ HERNÁNDEZ, fue detenido el día 7 de enero de 2011, en dicho procedimiento de extradición, en virtud de la orden de arresto existente en su contra dictada en proceso superveniente 09 CR 383, ante la Corte Federal de Distrito para el Distrito Norte del Estado de Illinois, Estados Unidos de América, por los cargos que de Asociación Delictuosa para poseer con la intención de distribuir y por distribuir al menos 5 kilogramos de una sustancia que contiene cocaína y al menos 1 kilogramo de una sustancia que contiene heroína, en contravención a las secciones 841 (a) (1) y 846 del Título 21, así como la sección 2 del Título 18, ambos del Código de los Estados Unidos de América, y Asociación Delictuosa para importar a los Estados Unidos de América al menos 5 kilogramos de una sustancia que contiene cocaína y al menos 1 kilogramo de una sustancia que contiene heroína, en contravención a las secciones 952 (a), 960 y 963 del Título 21, así como la sección 2 del Título 18, ambos del Código de los Estados Unidos de América;

Desde esa fecha, 7 de enero de 2011, ALFREDO VASQUEZ HERNÁNDEZ, fue ingresado en el Centro Federal de Readaptación Social número 5 "Oriente" en Villa Aldama, Veracruz, donde interno hasta el mes de octubre de dos mil doce, fecha en que se ejecutó la orden de extradición decretada en su contra y fue entregado

Exhibit 8

al Gobierno de los Estados Unidos de América para enfrentar el proceso por el cual se le requería.

Desde a mediados del año 2010, comencé a asistir a ese centro penitenciario, con motivo de la visita a otras personas que patrociné como defensor particular y se encontraban ahí detenidas, por ello conozco las pésimas e inhumanas condiciones de vida en ese lugar, desde antes de que VASQUEZ HERNÁNDEZ fuera detenido e internado en el Centro Federal de Readaptación Social número 5.

Durante todo el tiempo en que el señor ALREDO VÁSQUEZ HERNÁNDEZ estuvo interno en ese Centro Federal de Máxima Seguridad, 21 meses aproximadamente, las autoridades penitenciarias mexicanas, violentaron todo el tiempo sus Derechos Humanos, lo cual me consta porque durante todo el tiempo en que VASQUEZ HERNÁNDEZ estuvo preso en ese penal federal, asistí a ese lugar como defensor particular 3 o 4 veces al mes, al interior de dicho centro penitenciario, a visitar y entrevistarme con VASQUEZ HERNÁNDEZ, para darle a conocer los avances y el estado de su proceso de extradición, así como, para conocer su estado físico y demás circunstancias inherentes a su persona por virtud de su reclusión.

Por ello tuve conocimiento de forma personal de las inhumanas condiciones que vivió VASQUEZ HERÁNDEZ dentro del penal de máxima seguridad aludido, pues las autoridades penitenciarias no proporcionaban atención médica, medicamentos, tratamientos, o estudios requeridos cuando ALFREDO lo requirió, pues en múltiples ocasiones lo vi enfermo de las vías respiratorias, tos, gripa, temperatura, infecciones estomacales, hongos y herpes en la piel y los pies, sin que las autoridades del centro federal le hayan proporcionado atención médica.

Así mismo, la alimentación que le proporcionaban era deficiente e insalubre, pues el desayuno se servía aproximadamente a las 5 o 6 de la mañana y consistía de cuatro tortillas, agua con frijoles y café; la comida consistían agua con huevos revueltos, verdura rayada, tortillas, agua sin sabor, un guisado, cuando daban pollo, a veces estaba crudo y todavía con plumas; la cena igual, agua con frijoles, un pan y café; todo en pequeñas porciones, y en ocasiones que los alimentos estaban descompuestos.

Otra violación a sus Derechos Humanos es que, VASQUEZ HERNÁNDEZ estaba recluido todo el tiempo dentro de su celda, y solamente tenía derecho de salir al patio a tomar el sol una hora al día, sin embargo, había ocasiones en que pasaban varios días sin permitirle ese derecho, habiendo durado encerrado todo el tiempo,

sin siquiera, poder salir a tomar sus alimentos al comedor, 3 o 4 días sin salir para nada de su celda, la cual, debe decirse, compartía con 5 o 6 internos, en un espacio de 3 por 4 metros cuadrados, incluyéndose el baño dentro de la misma.

Otra violación grave es que a VASQUEZ HERNÁNDEZ, en el centro federal de su reclusión, no se le proporcionaba agua potable, y tenía que tomar agua del lavamanos, la cual no era para consumo humano; solo se les proporcionaba un rollo de papel higiénico y un jabón cada 16 días, un cepillo de dientes y pasta dental cada 2 meses, la ropa no era adecuada a las bajas temperaturas del lugar, mismas que en invierno alcanzan 2 o 4 grados bajo cero; tampoco se les proporcionaba ninguna actividad cultural, deportiva, educativa o alguna otra que fomentara su readaptación social, nada de eso ocurría en ese lugar.

Atentamente.

ABOGADO JESÚS GONZÁLEZ TEJEDA

## Translation of Declaration by Attorney Jesus Gonzalez Tejada

**JESUS GONZALEZ TEJADA**, Mexican National, an adult, Attorney since I graduated with a law degree from the University of Guadalajara in 2001, legitimately authorized to practice law by virtue of having my Professional Federal ID 5615774, issued by the Professions Division, Public Education Department in 2008; from my education and experience and **under penalty of perjury**, I declare the following:

In January 2011, I agreed to be defense attorney for Mr. ALFREDO VASQUEZ HERNANDEZ to October 2012; I defended against the extradition proceeding filed against Mr. VASQUEZ HERNANDEZ before the Judge of 12th Federal Criminal District Court in the Federal District as Case No. 9/2010.

Mr. ALFREDO VASQUEZ HERNANDEZ was arrested on January 7, 2011 pursuant to the arrest warrant issued as a consequence of the extradition proceeding filed against him in in Case No. 1:09-cr-00383, U.S. District Court, Northern District of Illinois in Chicago, Illinois, on the charge of conspiracy to possess with intent to distribute and for distributing at least 5 kilograms of a substance containing cocaine in violation of Title 21, §§ 841(a)(1) and 846 of the U.S. Code as well as conspiracy to import into the U.S.A. at least 5 kilograms of a substance containing cocaine and at least 1 kilogram of a substance containing heroin in violation of Title 21, §§ 952(a), 960 and 963.

From January 7, 2011, ALFREDO VASQUEZ HERNANDEZ was incarcerated at the Federal Center for Readaptation Number 5 "East" in Villa Aldama, Veracruz until October 2012 when the order of extradition issued against him was executed and he was released to the U.S. Government to face the criminal prosecution for which he was sought.

I began to frequent this penitentiary during mid-2010 to meet with other clients I represented who were detained there. Due to my familiarity from personal experience, even before ALFREDO VASQUEZ HERNANDEZ was detained and incarcerated.

During the entire time of approximately 21 months that Mr. ALFREDO VASQUEZ HERNANDEZ was in detention at [El Perote] Federal Center for Maximum Security, the jail authorities continuously violated his human rights. I have personal knowledge of this because for the entire time, as defense counsel I visited him inside the facility three or four times per month to visit and interview him and keep him informed of the progress of the extradition proceeding and myself informed of his physical condition and all other circumstances he faced due to his incarceration.

Based on the above, I directly and personally obtained full knowledge of the terrible and inhumane conditions afflicted on Mr. VASQUEZ HERNANDEZ in the detention facility where he was confined. The penitentiary authorities did not provide medical attention, medicine, treatment, medical exams or any of Alfredo's health issues when he needed them. On multiple occasions I saw him suffering from respiratory illnesses, cough, flu, fever, stomach infections, fungus and herpes on the skin and feet without the detention officers providing any medical services.

  In the same manner, the food given to him was deficient and unhealthy since breakfast consisting of four tortillas, beans, water and coffee was served at 5 or 6 in the morning. Lunch consisted of scrambled eggs, shredded vegetables, plain water, tortillas and a stew. When they served chicken at times it was raw and still had feathers. Supper was the same fare of water and beans, a piece of bread and coffee, all in small portions, and at times the food was spoiled.

  In further violation of his human rights, Mr. VASQUEZ HERNANDEZ was kept in detention in his cell and was allowed only one hour per day to go outside in the sun in the detention center's yard. None the less, he was forced to spend several days to a full week at a time without being allowed to leave the cell at all, not even being allowed to go eat in the cafeteria. He shared the cell with five or six other inmates in a very small space measuring approximately 12 feet by 12 feet, which also contained the bathroom.

  Another serious and material violation of human rights, Mr. VASQUEZ HERNANDEZ was deprived of potable water. He had to drink water from the sink, which water was not fit for human consumption. He was not given toilet tissue, a toothbrush or toothpaste, soap, underwear or adequate clothes for the temperature in the facility, which in winter drops several degrees below freezing. He was also denied any type of cultural, athletic, educational or any other activity geared to helping his social adaptation to the facility. None of these type of events took place in the detention center.

          **Sincerely,**

          **[Signature]**

       **ATTORNEY JESUS GONZALEZ TEJEDA**